# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAIGA HRALIMA, | Case No.: 3:07-CV-00456-RCJ-WGC |
| Plaintiff, | |
| vs. | **ORDER** |
| VETERANS ADMINISTRATION, *et al.*, | |
| Defendant. | |

On July 18, 2012, Notice of Intent to Dismiss for Want of Prosecution Pursuant to Local Rule 41-1 (#15) was given to Plaintiff, pursuant to LR 41-1, that if no action was taken in this case within thirty (30) days, the Clerk's Office would make application to the Court for dismissal for want of prosecution. Having reviewed and considered the matter, and neither party responding, this Court finds that the case shall be dismissed without prejudice.

IT IS SO ORDERED that this case shall be **DISMISSED without prejudice** for Plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 4(b), LR 41-1.

DATED: This 28th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge